# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
LOGGED ENTERED
RECEIVED

FEB 15 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18-0269 BPG
Jamal Lamont MATTHEWS, a black male born in 1993, )
and assigned an FBI number ending in 9WD1 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Jamal Lamont MATTHEWS, a black male born in 1993, and assigned an FBI number ending in 9WD1

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Samples of DNA for comparison purposes in the form of saliva and hair

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 924(c) | Possession of a Firearm in furtherance of a Drug Trafficking Crime |

The application is based on these facts:
Please See Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Brendan Plasha
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _1-31-18_

_____
*Judge's signature*

City and state: Baltimore, MD

Hon. Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*